23582. SHIPPEY & BROTHER *v.* ROBERTSON.

MACINTYRE, J. Under the Civil Code (1910), § 6145, it is mandatory that the judge's certificate state that the bill of exceptions *is true;* and since the certificate in the instant case fails to do this, the writ of error is dismissed. *American Freehold etc. Co.* v. *Candler,* 80 *Ga.* 366 (10 S. E. 111); *Rountree* v. *Gibbs,* 156 *Ga.* 170 (118 S. E. 650); *Bailey & Carney Buggy Co.* v. *Guthrie,* 1 *Ga. App.* 350 (58 S. E. 103); *Nix Armour Fertilizer Works,* 40 *Ga. App.* 745 (2) (151 S. E. 556).

*Writ of error dismissed.* *Broyles, C. J., and Guerry, J., concur.*

DECIDED DECEMBER 14, 1933.

*Walter Erle Daley, Burress & Dillard,* for plaintiffs.

*J. J. Barge,* for defendant.